UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                             **Notice of Appearance**

                                                                 7:07-MJ-01076-UA-1

ANTHONY RYPKA, JR.,

                Defendant.
------------------------------------------------------------------------X

TO: ***CLERK OF COURT S.D.N.Y.***

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS RETAINED COUNSEL

ADMITTED TO PRACTICE IN THIS COURT SINCE JUNE 1ST, 1998.

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: WHITE PLAINS, NEW YORK
                JULY 9, 2007

                                                          _____/S/_____
                                                          ANDREW C. QUINN, ESQ. (AQ-4059)
                                                          Quinn & Mellea, LLP
                                                          Attorneys for Defendant Anthony Rypka, Jr.
                                                          Crosswest Office Center
                                                          399 Knollwood Road
                                                          Suite 220
                                                          White Plains, New York 10603
                                                          (914) 997-0555